FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY 2 2 2008

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR 07-1927 BB |
| ) | |
| vs. ) | Count 1: 21 U.S.C. § 846: Conspiracy; |
| ) | |
| **ALONSO P. GRADO** ) | Count 2: 21 U.S.C. §§ 841(a)(1) |
| and **RAUL PALMER**, ) | and 841(b)(1)(B): Possession with Intent |
| ) | to Distribute 5 Grams and More of |
| Defendants. ) | Methamphetamine; 18 U.S.C. § 2: Aiding |
| ) | and Abetting. |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about May 16, 2007, in Luna County, in the District of New Mexico and elsewhere, the defendants, **ALONSO P. GRADO** and **RAUL PALMER**, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with other persons whose names are known and unknown to the government to commit the following offense against the United States, to wit: to possess with the intent to distribute 5 grams and more of methamphetamine (actual), contrary to 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. § 846.

### Count 2

On or about May 16, 2007, in Luna County, in the District of New Mexico, the defendants, **ALONSO P. GRADO** and **RAUL PALMER**, did unlawfully, knowingly and

intentionally possess with intent to distribute 5 grams and more of methamphetamine (actual).

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B) and 18 U.S.C. § 2.

GREGORY J. FOURATT
United States Attorney

_____
GREGORY B. WORMUTH
Assistant U.S. Attorney
555 S. Telshor Blvd., Ste. 300
Las Cruces, NM 88011
(575) 522-2304