IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　 )<br>　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　 )<br>vs.　　　　　　　　　　　　　　　)　　NO. CR 07-1927 BB<br>　　　　　　　　　　　　　　　 )<br>**ALONSO P. GRADO**, 　　　　　　)<br>　　　　　　　　　　　　　　　 )<br>　　　　Defendant.　　　　　　　　)| |

## MOTION TO DISMISS SUPERSEDING INDICTMENT

The United States of America moves this Court to dismiss the Superseding Indictment in this matter pursuant to the plea agreement entered into by the parties.

**WHEREFORE**, the United States respectfully requests this Court enter an Order dismissing the Superseding Indictment without prejudice as to Defendant **ALONSO P. GRADO**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　GREGORY J. FOURATT
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*Electronically Filed 6/25/09*
　　　　　　　　　　　　　　　　　　　RENEE L. CAMACHO
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　555 S. Telshor, Ste. 300
　　　　　　　　　　　　　　　　　　　Las Cruces, NM 88011
　　　　　　　　　　　　　　　　　　　(575) 522-2304 - Tel.
　　　　　　　　　　　　　　　　　　　(575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

*Electronically Filed 6/25/09*
RENEE L. CAMACHO
Assistant U.S. Attorney
N:\LRomero\Renee\Drugs\Grado Alonso.motion_dismiss sup ind.wpd