IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | NO. CR 07-1927 BB |
| **ALONSO P. GRADO**, ) | |
| Defendant. ) | |

ORDER DISMISSING SUPERSEDING INDICTMENT

**THIS MATTER** having come before the Court on the written Motion of the United States, for an Order dismissing the Superseding Indictment as to Defendant, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted;

IT IS THEREFORE ORDERED that the Superseding Indictment is hereby dismissed without prejudice as to Defendant **ALONSO P. GRADO**.

IT IS FURTHER ORDERED that the clerk shall provide two certified copies of this order to the United States Marshal as authority to proceed hereunder.

_____
HONORABLE BRUCE D. BLACK
United States District Judge